UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE PREWITT,<br><br>          Plaintiff,<br><br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No. CV11-00537 JAM (EFB)<br><br>**ORDER GRANTING STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for Defendant Hartford Life and Accident Insurance Company to file a responsive pleading to the Complaint is extended from April 5, 2011 to May 5, 2011.

DATE: 3/30/2011

          /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com