UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE PREWITT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.  CV11-00537 JAM (EFB)<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT COVENTRY HEALTH CARE, INC., LONG TERM DISABILITY PLAN TO RESPOND TO COMPLAINT BY MAY 5, 2011** |

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for Defendant Coventry Health Care, Inc. Long Term Disability Plan to file a responsive pleading to the Complaint is extended 30 days to May 5, 2011.

Dated: 4/11/2011          /s/ John A. Mendez_____
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-8503-7577 v1          - 1 -          CASE NO. CV11-00537 JAM (EFB)
[PROPOSED] ORDER GRANTING STIPULATION
FOR EXTENSION OF TIME FOR PLAN

PDF created with pdfFactory trial version www.pdffactory.com