# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE PREWITT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No.  CV11-00537 JAM (EFB)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED:  2/16/2012            /s/ John A. Mendez_____
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT JUDGE